# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARRACK, RODOS & BACINE,<br><br>*Plaintiff*,<br><br>v.<br><br>OFFICE OF PERSONNEL MANAGEMENT,<br><br>*Defendant*. | Civil Action No.19-0020 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's July 11, 2019, Minute Order, the parties, Plaintiff Barrack, Rodos & Bacine ("BRB") and Defendant the Office of Personnel Management ("OPM"), by and through undersigned counsel, respectfully submit this joint status report, and state as follows:

This action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, is based on BRB's March 28, 2018, FOIA request to OPM. Plaintiff's Complaint was filed on January 3, 2019, and Defendant filed its Answer on March 28, 2019.

OPM sent its first interim production of documents responsive to Plaintiff's FOIA request to BRB on April 4, 2019, its second interim production of documents on June 5, 2019, and its third interim response and production of documents on July 30, 2019. OPM has initiated the submitter-notification process mandated by Executive Order 12,600 on additional responsive records, and will send an additional interim production after that process is completed. OPM intends to continue its search and review of potentially responsive documents and to produce documents on a rolling basis, with priority given to the information identified in BRB's November 12, 2018, correspondence.

The parties propose that the court order a further joint status report in 45 days, *i.e.*, on or before October 3, 2019.

| | |
|---|---|
| Dated: August 19, 2019 | Respectfully submitted, |

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   */s/ Jason T. Cohen*
JASON T. COHEN, ME Bar #004465
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2523
Fax: (202) 252-2599
Email: jason.cohen@usdoj.gov

*Counsel for Defendant*

BARRACK, RODOS & BACINE

*/s/ Mark R. Rosen*
MARK R. ROSEN, D.C. Bar #336065
JEFFREY A. BARRACK
3300 Two Commerce Square
2001 Market St.
Philadelphia, PA 19103
mrosen@barrack.com
jbarrack@barrack.com
Tel: (215) 963-0600
Fax: (215) 963-0838

*Counsel for Plaintiff*