UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARRACK, RODOS & BACINE,

*Plaintiff*,

v.

OFFICE OF PERSONNEL MANAGEMENT,

*Defendant*.

Civil Action No.19-0020 (RBW)

**JOINT STATUS REPORT**

Pursuant to the Court's September 3, 2019, Minute Order, the parties, Plaintiff Barrack, Rodos & Bacine ("BRB") and Defendant the Office of Personnel Management ("OPM"), by and through undersigned counsel, respectfully submit this joint status report, and state as follows:

This action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, is based on BRB's March 28, 2018, FOIA request to OPM. Plaintiff's Complaint was filed on January 3, 2019, and Defendant filed its Answer on March 28, 2019.

OPM sent its first interim production of documents responsive to Plaintiff's FOIA request to BRB on April 4, 2019, its second interim production of documents on June 5, 2019, and its third interim response and production of documents on July 30, 2019. OPM is continuing to consult with a third-party record submitter pursuant to the EO 12,600 process on additional responsive records, and anticipates that it will complete that process and provide an additional production of records by the end of October.

The parties propose that the court order a further joint status report in 45 days, *i.e.*, on or before November 18, 2019.

Dated:  October 3, 2019                          Respectfully submitted,

                                                      JESSIE K. LIU, D.C. Bar #472845
                                                     United States Attorney

                                                     DANIEL F. VAN HORN, D.C. Bar #924092
                                                     Chief, Civil Division

By:   */s/ Jason T. Cohen*
        JASON T. COHEN, ME Bar #004465
        Assistant United States Attorney
        555 Fourth St., N.W.
        Washington, D.C. 20530
        Phone: (202) 252-2523
        Fax: (202) 252-2599
        Email: jason.cohen@usdoj.gov

*Counsel for Defendant*


BARRACK, RODOS & BACINE

*/s/ Mark R. Rosen*
MARK R. ROSEN, D.C. Bar #336065
JEFFREY A. BARRACK
3300 Two Commerce Square
2001 Market St.
Philadelphia, PA 19103
mrosen@barrack.com
jbarrack@barrack.com
Tel: (215) 963-0600
Fax: (215) 963-0838

*Counsel for Plaintiff*